IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH GOVAN,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 25-CV-5442 |
| | : | |
| **CHANIQUA A. RUE,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 8th day of January, 2026, upon consideration of Plaintiff Kenneth Govan's Second Amended Complaint (ECF No. 10), it is **ORDERED** that:

1. For the reasons stated in the Court's Memorandum, Govan's Second Amended Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ Gerald Austin McHugh
**GERALD A. MCHUGH, J.**